```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BLUEFIELD
```

STEPHENNIE LYNN PLUMMER,

    Plaintiff,

v.                              CIVIL ACTION NO. 1:17-03920

MCDOWELL COUNTY, WEST VIRGINIA,
et al.,

    Defendants.

## **MEMORANDUM OPINION AND ORDER**

     By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B). Magistrate Judge Aboulhosn submitted to the court his Findings and Recommendation on September 21, 2017, in which he recommended that the district court deny plaintiff's application to proceed without prepayment of fees and costs, dismiss plaintiff's complaints, and remove this matter from the court's docket.

     In accordance with the provisions of 28 U.S.C.A. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Aboulhosn's Findings and Recommendation. The failure of any party to file such objections constitutes a waiver of such party's right to a <u>de novo</u> review by this court. <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the required time period. Having reviewed the Findings and Recommendation filed by Magistrate Judge Aboulhosn, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **DENIES** plaintiff's application to proceed without prepayment of fees and costs, **DISMISSES** plaintiff's complaints for relief under 42 U.S.C. § 1983, and **DIRECTS** the Clerk to remove this matter from the court's docket.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 2nd day of April, 2018.

ENTER:

David A. Faber
Senior United States District Judge